Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Fashionable, Inc. | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  ABLE**<br>**DBA  ABLE Clothing** |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **46-4406029** |

| | | | |
|---|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **5022 Centennial Blvd.**<br>**Nashville, TN 37209**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Davidson**<br>County | **Location of principal assets, if different from principal place of business**<br>**7335 Cockrill Blvd. Nashville, TN 37209**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7.** **Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | ____ | When | ____ | Case number | ____ |
|---|---|---|---|---|---|---|
| | District | ____ | When | ____ | Case number | ____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

| Debtor | **Fashionable, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| List all cases. If more than 1, attach a separate list | Debtor | | | Relationship | | |
| | District | | When | Case number, if known | |

**11. Why is the case filed in *this district?***    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

       Contact name _____

       Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 8, 2025**
MM / DD / YYYY

**X** **/s/ Misti Blasko**
Signature of authorized representative of debtor

**Misti Blasko**
Printed name

Title   **CEO**

**18. Signature of attorney**

**X** **/s/ R. Alex Payne**
Signature of attorney for debtor

Date **April 8, 2025**
MM / DD / YYYY

**R. Alex Payne**
Printed name

**Dunham Hildebrand Payne Waldron, PLLC**
Firm name

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
Number, Street, City, State & ZIP Code

Contact phone   **629 777 6529**    Email address   **alex@dhnashville.com**

**031387 TN**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Fashionable, Inc.**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule* _____
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 8, 2025**     *X /s/ Misti Blasko*
                                         Signature of individual signing on behalf of debtor

                                         **Misti Blasko**
                                         Printed name

                                         **CEO**
                                         Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **Fashionable, Inc.**

United States Bankruptcy Court for the: **MIDDLE DISTRICT OF TENNESSEE**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 5300 Centennial Partners LLC PO Box 158434 Nashville, TN 37215 | | | Contingent Unliquidated | | | $236,805.24 |
| BHARTIYA INTERNATIONAL LIMITED 342 Nallambakkam Village Via Vandalur Chennai-600 127, India | | | | | | $274,017.30 |
| California Department of Tax and Fee Administration PO Box 942879 Sacramento, CA 94279 | | | | | | $499,361.91 |
| CFT Clear Finance Technology Corp. 33 Yonge Street, Suite 1302 Toronto, ON | | On August 23, 2024, Clear Finance Technology Corp. ("ClearCo") filed a UCC-1 against Debtor, Document No. 440750960 with the TN SOS with respect to fu | | $945,667.00 | $0.00 | $945,667.00 |
| Chase Bank PO Box 15123 Wilmington, DE 19850 | | Southwest credit card | | | | $159,646.00 |
| Clinton A. Smith | | Series E convertible note | Contingent Unliquidated | | | $169,333.46 |

| Debtor | Fashionable, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Epicus Designs-Talent Stage Limited Attn: Manish, Unit T 1/F, Mau Lam Comm Bldg. 16-18, Mau Lam S Jordan KL, Hong Kong** | | | | | | $276,845.12 |
| **Fayda In Fashion Shola United Manufacturing Association, Block 5, Floor 3 Addis Ababa, Ethiopia** | | | | | | $139,642.00 |
| **Harvey II TN, LLC** | | | | | | $168,381.00 |
| **Kabana Leather Attn: Semhal Guesh, Yeka Subcity Worda 08, Sahle Selassie Street Addid Ababa, Ethiopia** | | | | | | $171,873.08 |
| **KootKeet Attn: Semhal Guesh, Yeka Subcity Worda 08, Sahle Selassie Street Addid Ababa, Ethiopia** | | | | | | $116,519.84 |
| **Lacher Family Investment Trust** | | **Series E convertible note** | **Contingent Unliquidated** | | | $126,756.41 |
| **Lance Watson 171 Village Parkway, Building 8 Marietta, GA 30067** | | | | | | $169,070.00 |
| **MAL Preservation Trust Brian D. Waller, Collateral Agent 5501 Virginia Way, Suite 120 Brentwood, TN 37027** | | **On August 27, 2024, Brian Waller, as collateral agent for multiple lenders, filed an "all assets" UCC-1 against Debtor, Document No. 440765368 with th** | | **$173,000.00** | **$0.00** | $173,000.00 |
| **Mark T. Moore, Inc.** | | | | | | $168,381.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Onward Group, Inc., as Collateral Agent 607 Belle Meade Blvd. Nashville, TN 37205** | | **On May 2, 2024, Onward Group filed a UCC-1, Document No. 440191119, with the TN SOS asserting a security interest in "all business assets" of Debtor.** | | **$200,000.00** | **$0.00** | **$200,000.00** |
| **Scott Arthur** | | **Series E convertible note** | **Contingent Unliquidated** | | | **$85,129.78** |
| **Shopify Capital, Inc. 103 Fould Road Suite 218F Wilmington, DE 19803** | | | | | | **$432,751.00** |
| **T. Brooks Patterson** | | | | | | **$84,191.00** |
| **UPS PO Box 809488 Chicago, IL 60680** | | | | | | **$133,450.10** |

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:**  **Summary of Assets**

---

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*..................................................................... $ _____ 0.00

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*.................................................................. $ _____ 1,707,977.85

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................... $ _____ 1,707,977.85

---

**Part 2:**  **Summary of Liabilities**

---

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____ 2,433,385.00

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____ 709,548.22

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................... +$ _____ 5,593,616.42

4.  **Total liabilities** ..............................................................................................
   Lines 2 + 3a + 3b

   $ _____ 8,736,549.64

Case 3:25-bk-01501    Doc 1    Filed 04/08/25    Entered 04/08/25 16:58:17    Desc Main
Document     Page 9 of 80

**Fill in this information to identify the case:**

Debtor name    **Fashionable, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Studio Bank** | **Checking** | **8071** | $10,591.92 |
| 3.2. | **Studio Bank** | **Checking** | **1729** | $4,886.88 |
| 3.3. | **Studio Bank** | **Checking** | **6387** | $0.00 |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $15,478.80 |
|---|

## Part 2:   Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7.   **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | Security deposit held by Skyy Blue Partnership for lease of 7335 and 7337 Cockrill Bend Blvd, Nashville, TN 37209 | $28,036.46 |
|---|---|---|
| 7.2. | Security deposit held by Stocking 51, LLC for lease of 5022 Centennial Blvd, Nashville, TN 37209 | $6,583.33 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9. **Total of Part 2.**

| | $34,619.79 |
|---|---|

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**   Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     **14,081.00**  -  **0.00**  = ....    **$14,081.00**
                      face amount                   doubtful or uncollectible accounts

12. **Total of Part 3.**

| | $14,081.00 |
|---|---|

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**   Investments

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**   Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** **Jewlery production: ~650 pieces, to include bracelets, rings, earrings, necklaces.** | | **$0.00** | | **$7,573.26** |

21. **Finished goods, including goods held for resale**

| Stock inventory of ~315,000 items, including apparel, leather goods, jewlery, handbags, and accessories. | | | $0.00 | Recent cost | $1,600,000.00 |
|---|---|---|---|---|---|

22.      **Other inventory or supplies**

23.      **Total of Part 5.**                                                                              | $1,607,573.26 |

Add lines 19 through 22.  Copy the total to line 84.

24.      **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

25.      **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.      **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 6:      Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:      Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** See attached list | $0.00 | | $5,725.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** See attached list | $0.00 | | $11,000.00 |

42.      **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.      **Total of Part 7.**                                                                              | $16,725.00 |

Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46.    **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.    **Aircraft and accessories** | | | |
| 50.    **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See attached list | Unknown | | $19,500.00 |

51.    **Total of Part 8.**                                                                                  | $19,500.00 |

Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54.    **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.        **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of<br>property<br>Include street address or other<br>description such as Assessor<br>Parcel Number (APN), and type<br>of property (for example,<br>acreage, factory, warehouse,<br>apartment or office building, if<br>available. | Nature and<br>extent of<br>debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|---|

| | | | |
|---|---|---|---|
| 55.1. | **Leased property located at 7335 and 7337 Cockrill Bend Blvd., Nashville, TN 37209 (see Schedule G for details)** | $0.00 | $0.00 |
| 55.2. | **Leased space at 5022 Centennial Blvd, Nashville, TN 37209 (see Schedule G for details)** | $0.00 | $0.00 |

56.  **Total of Part 9.**                                                          $0.00

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | **Patents, copyrights, trademarks, and trade secrets** Trademarks and servicemarks utilized in connection with Debtors' business, including "ABLE Clothing" common law trademark and Serial No. 98493133; copyright in all fashion designs generated by ABLE; all other unregistered state and federal trademarks. | $0.00 | | $0.00 |
| 61. | **Internet domain names and websites** | | | |
| 62. | **Licenses, franchises, and royalties** Software licenses | $0.00 | | $0.00 |
| 63. | **Customer lists, mailing lists, or other compilations** Customer and mailing list used for marketing and sales purposes | $0.00 | | $0.00 |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

66.    **Total of Part 10.**                                          | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 71.    **Notes receivable**<br>Description (include name of obligor) | |
| 72.    **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73.    **Interests in insurance policies or annuities** | |
| 74.    **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76.    **Trusts, equitable or future interests in property** | |
| 77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership<br>**Sublease of warehouse space at 7337 Cockrill Bend Rd., Nashville, TN, subleased to Rack and Storage Solutions, LLC** | $0.00 |

78.    **Total of Part 11.**                                          | $0.00 |

       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$15,478.80** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$34,619.79** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$14,081.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$1,607,573.26** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$16,725.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$19,500.00** | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$1,707,977.85** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$1,707,977.85** |

**Schedule A/B Attachment**

**Part 7, Number 39: Office furniture**

Shelving For Warehouse
Racking For Warehouse
Furniture for Jewelry Studio
Desks for Design
Furniture for Office
Racking for Warehouse
Neon Sign
Office Desks
Office Chairs

**Part 7, Number 41: Office equipment, including all computer equipment and communication systems equipment and software**

Dell XPS
3 Inspiron Laptops/ 1 Dell Precision Work Station
BASE,MT,OPTI,XE3,CTO
XPS 13 9305 Laptop
XPS 13 9305 Laptop
Dell Power Docks x 5
Dell Mobile Precision Workstation 5560 BTX x2
Apple Computer
Dell Mobile Precision Workstation 5560 BTX - Item # 210-AZGO
Dell XPS 13 9305 - 2x
Dell XPS 13 9305 - 2x + Dell S2421H 24 in. monitor
5 Misc Computers
6 Misc Laptops

**Part 8, Number 50: Other machinery, fixtures, equipment**

Jewelry Engraving Machine -G. Whittaker cc
Leather Personalization Machine/Accessories - G. Whittaker cc
Work Stations & Misc Equipment for Jewelry Studio
Jewelry Air
Extraction Arms July
5 Barcode Scanners for the Warehouse
Jewelry Air Compressor For Ventilation System
10 Barcode Scanners for the Warehouse
Air Compressor
Extraction Arms

Debtor name **Fashionable, Inc.**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF TENNESSEE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.1** **BDW Irrevocable Trust, dated February 27**
Creditor's Name

**2020, Brian D. Waller, Trustee**
**5501 Virginia Way, Suite 120**
**Brentwood, TN 37027**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**On August 27, 2024, Brian Waller, as collateral agent for multiple lenders, filed an "all assets" UCC-1 against Debtor, Document No. 440765368 with the TN SOS.**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$634,685.00**     Value of collateral: **$0.00**

**2.2** **CAW Irrevocable Trust, dated February 27**
Creditor's Name

**2020, Christina A. Waller, Trustee**
**5501 Virginia Way, Suite 120**
**Brentwood, TN 37027**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Describe debtor's property that is subject to a lien**
**On August 27, 2024, Brian Waller, as collateral agent for multiple lenders, filed an "all assets" UCC-1 against Debtor, Document No. 440765368 with the TN SOS.**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
■ Yes

**Is anyone else liable on this claim?**
■ No

Amount of claim: **$195,330.00**     Value of collateral: **$0.00**

Official Form 206D                Schedule D: Creditors Who Have Claims Secured by Property                page 1 of 6

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☑ Contingent

☑ Unliquidated

☐ Disputed

---

| 2.3 | **CFG Merchant Solutions LLC** | **Describe debtor's property that is subject to a lien** | $39,192.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**201 Route 17 North
Suite 805
Rutherford, NJ 07070**

On November 29, 2024, CFG Merchant Solutions filed a UCC-1 against Debtor, Document No. 441182596 with the TN SOS with respect to "future receipts."

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **CFT Clear Finance Technology Corp.** | **Describe debtor's property that is subject to a lien** | $945,667.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**33 Yonge Street, Suite 1302
Toronto, ON**

On August 23, 2024, Clear Finance Technology Corp. ("ClearCo") filed a UCC-1 against Debtor, Document No. 440750960 with the TN SOS with respect to future receivables of Debtor.

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | CHTD Company | Describe debtor's property that is subject to a lien | **$32,583.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | On October 17, 2024, MCA Servicing Solutions, via CHTD Company, filed a UCC-1, Document No. 440991214, with the TN SOS asserting a security interest in all business assets of Debtor. | | |

**PO Box 2576
Springfield, IL 62708**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | David Wolfe | Describe debtor's property that is subject to a lien | **$139,702.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | On August 27, 2024, Brian Waller, as collateral agent for multiple lenders, filed an "all assets" UCC-1 against Debtor, Document No. 440765368 with the TN SOS. | | |

**Brian D. Waller, Collateral Agent
5501 Virginia Way, Suite 120
Brentwood, TN 37027**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

☐ No

■ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ Unliquidated

☐ Disputed

---

| 2.7 | Dell Financial Services LLC | Describe debtor's property that is subject to a lien | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | UCC #430370429 - Master Lease Agreement for equipment and software | | |

**MS-PS2DF-23
One Dell Way
Round Rock, TX 78682**

Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

---

Official Form 206D     Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**     page 3 of 6

☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **First Corporate Solutions** | **Describe debtor's property that is subject to a lien** | $48,226.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**On November 18, 2024, ALO Capital Group (via First Corporate Solutions as representative) filed a UCC-1, Document No. 441130172, with the TN SOS asserting a security interest in all business assets of Debtor.**

**914 South Street**
**Sacramento, CA 95811**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

Creditor's email address, if known

☑ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Jeff Haithcoat** | **Describe debtor's property that is subject to a lien** | $12,500.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**Brian D. Waller, Collateral Agent**
**5501 Virginia Way, Suite 120**
**Brentwood, TN 37027**

**On August 27, 2024, Brian Waller, as collateral agent for multiple lenders, filed an "all assets" UCC-1 against Debtor, Document No. 440765368 with the TN SOS.**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

☑ No

**Date debt was incurred**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☑ Unliquidated
☐ Disputed

---

---

**2.10**

**MAL Preservation Trust**
Creditor's Name

**Brian D. Waller, Collateral Agent**
**5501 Virginia Way, Suite 120**
**Brentwood, TN 37027**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**On August 27, 2024, Brian Waller, as collateral agent for multiple lenders, filed an "all assets" UCC-1 against Debtor, Document No. 440765368 with the TN SOS.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$173,000.00         $0.00

---

**2.11**

**Matt Simpson**
Creditor's Name

**Brian D. Waller, Collateral Agent**
**5501 Virginia Way, Suite 120**
**Brentwood, TN 37027**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**On August 27, 2024, Brian Waller, as collateral agent for multiple lenders, filed an "all assets" UCC-1 against Debtor, Document No. 440765368 with the TN SOS.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
☐ Disputed

$12,500.00         $0.00

---

**2.12**

**Onward Group, Inc., as Collateral Agent**
Creditor's Name

**607 Belle Meade Blvd.**
**Nashville, TN 37205**
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**On May 2, 2024, Onward Group filed a UCC-1, Document No. 440191119, with the TN SOS asserting a security interest in "all business assets" of Debtor.**

**Describe the lien**

$200,000.00         $0.00

---

Is the creditor an insider or related party?

■ No

☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  **$2,433,385.00**

---

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **ALO Capital Group**<br>**1 Whispering Pines Lane**<br>**Lakewood, NJ 08701** | Line _2.8_ | |
| **Clearco**<br>**548 Market Street, #68100**<br>**San Francisco, CA 94104** | Line _2.4_ | |
| **Corporation Service Company**<br>**801 Adlai Stevenson Drive**<br>**Springfield, IL 62703** | Line _2.5_ | |
| **First Corporate Solutions**<br>**914 South Street**<br>**Sacramento, CA 95811** | Line _2.4_ | |
| **Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line _2.7_ | |
| **Lien Solutions**<br>**P.O. Box 29071**<br>**Glendale, CA 91209-9071** | Line _2.3_ | |
| **Seyfarth Shaw LLP**<br>**233 S Wacker Dr, Ste 8000**<br>**Chicago, IL 60606** | Line _2.12_ | |
| **Spencer Fane LLP**<br>**511 Union Street, Suite 1000**<br>**Nashville, TN 37219** | Line _2.1_ | |

**Fill in this information to identify the case:**

Debtor name     **Fashionable, Inc.**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF TENNESSEE

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

**Part 1:**    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

    ☐ No. Go to Part 2.

    ☑ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alabama Department of Revenue**<br>**Legal Division**<br>**PO Box 320001**<br>**Montgomery, AL 36132-0001** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $29,715.59 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Arkansas Dept of Finance & Admin**<br>**PO Box 3278**<br>**Little Rock, AR 72201** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,604.21 | $0.00 |
| Date or dates debt was incurred | Basis for the claim: | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

53196

Case 3:25-bk-01501    Doc 1    Filed 04/08/25    Entered 04/08/25 16:58:17    Desc Main
Document      Page 24 of 80

| Debtor | **Fashionable, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$499,361.91** | **$0.00** |
|---|---|---|---|---|

**California Department of Tax and Fee Administration**
**PO Box 942879**
**Sacramento, CA 94279**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,843.83** | **$5,843.83** |
|---|---|---|---|---|

**Colorado Dept of Revenue**
**PO Box 17087**
**Denver, CO 80261-0009**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,044.70** | **$2,044.70** |
|---|---|---|---|---|

**Connecticut Dept of Revenue Services**
**450 Columbus Blvd., Suite 1**
**Hartford, CT 06103**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,307.35** | **$6,307.35** |
|---|---|---|---|---|

**Florida Dept of Revenue**
**PO Box 6668**
**Tallahassee, FL 32314-6668**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,482.94 | $6,482.94 |
| --- | --- | --- | --- | --- |

**Georgia Department of Revenue**
**1800 Century Parkway, NE**
**Atlanta, GA 30345**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $281.07 | $281.07 |
| --- | --- | --- | --- | --- |

**Hawaii Dept of Taxation**
**830 Punchbowl Street**
**Honolulu, HI 96813-5094**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,209.44 | $12,209.44 |
| --- | --- | --- | --- | --- |

**Illinois Dept of Revenue**
**555 West Monroe Street**
**Suite 1100**
**Chicago, IL 60661**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,480.60 | $3,480.60 |
| --- | --- | --- | --- | --- |

**Indiana Dept of Revenue**
**PO Box 7218**
**Indianapolis, IN 46207-7218**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

☑ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $0.00 | $0.00 |
|------|---|---|---|---|
| | **Internal Revenue Service**<br>**PO Box 7346**<br>**Philadelphia, PA 19101** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,690.26 | $1,690.26 |
|------|---|---|---|---|
| | **Iowa Dept of Revenue**<br>**Hoover State Office Building**<br>**1305 E. Walnut Street**<br>**Des Moines, IA 50319** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,743.23 | $1,743.23 |
|------|---|---|---|---|
| | **Kansas Dept of Revenue**<br>**PO Box 3506**<br>**Topeka, KS 66625-3506** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>Check all that apply. | $1,688.00 | $1,688.00 |
|------|---|---|---|---|
| | **Louisiana Department of Revenue**<br>**PO Box 201**<br>**Baton Rouge, LA 70821** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,974.67 | $2,974.67 |
|---|---|---|---|---|

**Michigan Department of Treasury Collection Services Bureau**
**PO Box 30199**
**Lansing, MI 48909**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,334.37 | $7,334.37 |
|---|---|---|---|---|

**Minnesota Dept of Revenue**
**600 N. Robert Street**
**Saint Paul, MN 55146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $122.33 | $122.33 |
|---|---|---|---|---|

**Nebraska Dept of Revenue**
**PO Box 94818**
**Lincoln, NE 68509-4818**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $83,999.41 | $0.00 |
|---|---|---|---|---|

**New York State Dept of Taxation and Finance: Bankruptcy Section**
**PO Box 5300**
**Albany, NY 12205-0300**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,295.95 | $2,295.95 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**NJ Division of Taxation**
**3 John Fitch Way, 5th Floor**
**PO Box 245**
**Trenton, NJ 08695-0245**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,048.53 | $11,048.53 |
|------|-----------------------------------------------|-----------------------------------------------|------------|------------|

**North Carolina Dept of Revenue**
**Attn: Bankruptcy Unit**
**PO Box 1168**
**Raleigh, NC 27602-1168**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,668.65 | $6,668.65 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Ohio Dept of Taxation**
**Attn: Business Tax Division**
**PO Box 2678**
**Columbus, OH 43216-2678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,087.69 | $2,087.69 |
|------|-----------------------------------------------|-----------------------------------------------|-----------|-----------|

**Oklahoma Tax Commission**

**Oklahoma City, OK 73194**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $528.44 | $528.44 |
|---|---|---|---|---|
| | **Rhode Island Division of Taxation** | *Check all that apply.* | | |
| | **One Capitol Hill** | ☐ Contingent | | |
| | **Providence, RI 02908** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $591.87 | $591.87 |
|---|---|---|---|---|
| | **South Dakota Dept of Revenue** | *Check all that apply.* | | |
| | **445 East Capitol Avenue** | ☐ Contingent | | |
| | **Pierre, SD 57501-3185** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,982.92 | $1,982.92 |
|---|---|---|---|---|
| | **Texas Comptroller of Public Accounts** | *Check all that apply.* | | |
| | **PO Box 13528** | ☐ Contingent | | |
| | **Capitol Station** | ☐ Unliquidated | | |
| | **Austin, TX 78711-3528** | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,271.73 | $0.00 |
|---|---|---|---|---|
| | **TN Department of Revenue** | *Check all that apply.* | | |
| | **500 Deaderick Street** | ☐ Contingent | | |
| | **Nashville, TN 37242** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

Case 3:25-bk-01501    Doc 1    Filed 04/08/25    Entered 04/08/25 16:58:17    Desc Main
Document     Page 30 of 80

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $235.48 | $235.48 |
|------|---|---|---|---|

**Utah State Tax Commission**
**210 North 1950 West**
**Salt Lake City, UT 84134**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10.90 | $10.90 |
|------|---|---|---|---|

**Vermont Department of Taxes**
**PO Box 1881**
**Montpelier, VT 05601-1881**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,015.41 | $10,015.41 |
|------|---|---|---|---|

**Washington State Dept of Revenue**
**Attn: Bankruptcy Unit**
**2101 4th Ave, Suite 1400**
**Seattle, WA 98121**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5.05 | $5.05 |
|------|---|---|---|---|

**West Virginia Tax Division**
**100 Lee Steet East**
**Charleston, WV 25301**

Check all that apply:
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,921.69 | $2,921.69 |
|------|-----|-----|-----|-----|

**Wisconsin Dept of Revenue**
**PO Box 8921**
**Madison, WI 53708-8921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                  Basis for the claim:
_____                                   _____

Last 4 digits of account number                   Is the claim subject to offset?

Specify Code subsection of PRIORITY               ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)           ☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|------------------------------------------------------|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|--|--|--|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $236,805.24 |
|-----|-----|-----|-----|

**5300 Centennial Partners LLC**
**PO Box 158434**
**Nashville, TN 37215**

■ Contingent
■ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $18,504.12 |
|-----|-----|-----|-----|

**Abrigo Global**
**Attn: Renuka Pandey, G-402, Sun City**
**Heights, Golf Course Rd, Sector 54-56**
**Gurugram,  GSTIN/UIN: 06ACFFA4241G1ZS,**
**H**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $212.82 |
|-----|-----|-----|-----|

**ADS Security DBA Vector Security**
**PO Box 531687**
**Atlanta, GA 30353**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.95 |
|-----|-----|-----|-----|

**ADT Security Services**
**PO Box 371878**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,747.50 |
|-----|-----|-----|-----|

**Advanstar Communications Inc.**
**1983 Marcus Ave**
**Ste 250**
**Lake Success, NY 11042**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Fashionable, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $380.00 |
|---|---|---|---|

**All About Clean, LLC**
1013 Sandy Valley Rd
Hendersonville, TN 37075

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**American Funds Investment**
PO Box 659530
San Antonio, TX 78265

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $353.50 |
|---|---|---|---|

**American Pearl Company**
2120 Crestmoor Rd
Ste 3020
Nashville, TN 37215

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,791.00 |
|---|---|---|---|

**AMTRUST NORTH AMERICA**
PO Box 6939
Cleveland, OH 44101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,154.43 |
|---|---|---|---|

**Ascential DBA WGSN**
1801 Porter St
Ste #300
Baltimore, MD 21230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,700.00 |
|---|---|---|---|

**ASD SKY**
55 Ivan Allen Junior Blvd
Ste 100
Atlanta, GA 30308

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,000.00 |
|---|---|---|---|

**Ashlea Hendricks**
105 Hickory Ridge Rd
Chesapeake, VA 23322

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,494.65 |
|------|---|---|---|
| | **Atul Bhave** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Series E covertible note | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,658.75 |
|------|---|---|---|
| | **Aura Supplies**<br>**4786 N. Mt Gilead Rd**<br>**Bloomington, IN 47408** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700,000.00 |
|------|---|---|---|
| | **BDW Irrevocable Trust, dated February 27**<br>**2020, Brian D. Waller, Trustee**<br>**5501 Virginia Way, Suite 120**<br>**Brentwood, TN 37027** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Series E convertible note; insider debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|------|---|---|---|
| | **BDW Irrevocable Trust, dated February 27**<br>**2020, Brian D. Waller, Trustee**<br>**5501 Virginia Way, Suite 120**<br>**Brentwood, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory note; insider debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $500,000.00 |
|------|---|---|---|
| | **BDW Irrevocable Trust, dated February 27**<br>**2020, Brian D. Waller, Trustee**<br>**5501 Virginia Way, Suite 120**<br>**Brentwood, TN 37027** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Promissory note convertible to Series D; insider debt | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,061.80 |
|------|---|---|---|
| | **Beth Hair** | ■ Contingent | |
| | | ■ Unliquidated | |
| | **Date(s) debt was incurred** _ | ☐ Disputed | |
| | **Last 4 digits of account number** _ | **Basis for the claim:** Series E convertible note | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $274,017.30 |
|------|---|---|---|
| | **BHARTIYA INTERNATIONAL LIMITED**<br>**342 Nallambakkam Village**<br>**Via Vandalur**<br>**Chennai-600 127, India** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.20** Nonpriority creditor's name and mailing address
**Bonvera, LLC**
**10629 Hardin Valley Rd**
**Ste 300**
**Knoxville, TN 37932**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$28.97**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21** Nonpriority creditor's name and mailing address
**Borges & Associates LLC**
**575 Underhill Blvd., Ste 118**
**Syosset, NY 11791**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$13,326.56**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **WGSN LLC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22** Nonpriority creditor's name and mailing address
**Bradley Arant Boult Cummings LLP.**
**PO Box 830709**
**Birmingham, AL 35283**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$5,046.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** Nonpriority creditor's name and mailing address
**BrandCycle, Inc**
**17383 Sunset Blvd**
**Ste A345**
**Los Angeles, CA 90272**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$5,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** Nonpriority creditor's name and mailing address
**Brauer Material Handling Sys.**
**226 Molly Walton Dr**
**Hendersonville, TN 37075**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$2,634.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** Nonpriority creditor's name and mailing address
**Brian Perkinson**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$84,140.66**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Series E convertible note**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** Nonpriority creditor's name and mailing address
**Burr & Forman, LLP**
**222 Second Avenue South**
**Ste 2000**
**Nashville, TN 37201**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,502.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CAW Irrevocable Trust, dated February 27
2020, Christina A. Waller, Trustee
5501 Virginia Way, Suite 120
Brentwood, TN 37027**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Series E convertible note; insider debt

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,500.23** |
|---|---|---|---|

**CGM INC.
19611 Ventura Blvd
Ste 211
Tarzana, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$159,646.00** |
|---|---|---|---|

**Chase Bank
PO Box 15123
Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Southwest credit card

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$169,333.46** |
|---|---|---|---|

**Clinton A. Smith**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Series E convertible note

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$415.00** |
|---|---|---|---|

**CT Corporation
PO Box 4349
Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$157.14** |
|---|---|---|---|

**Culligan of Nashville
2004 Pittway Dr
Nashville, TN 37207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,550.00** |
|---|---|---|---|

**D8aDriven
140 Lakeside Ave
Ste A-159
Seattle, WA 98122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,036.00 |
|------|--------------------------------------------------|---------------------------------------------------------------------|-----------|

**3.34** Nonpriority creditor's name and mailing address

**Darling**
**21750 Arnold Center Rd**
**Long Beach, CA 90810**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$7,036.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** Nonpriority creditor's name and mailing address

**David Wolfe**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$150,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Series E convertible note; insider debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** Nonpriority creditor's name and mailing address

**ECOfashion Corp**
**Attn: Marci Zaroff**
**262 W 38th St #1102**
**New York, NY 10018**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$54,681.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** Nonpriority creditor's name and mailing address

**Elevate Design**
**1894 General George Patton Dr**
**Ste #600**
**Franklin, TN 37067**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$1,625.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address

**Epicus Designs- Talent Stage Limited**
**Attn: Manish, Unit T 1/F, Mau Lam**
**Comm Bldg. 16-18, Mau Lam S Jordan**
**KL, Hong Kong**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$276,845.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address

**Everhart Law Firm PLC**
**202 Fifth Avenue S**
**Franklin, TN 37064**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$1,340.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address

**Fayda In Fashion**
**Shola United Manufacturing Association,**
**Block 5, Floor 3**
**Addis Ababa, Ethiopia**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.  **$139,642.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Fashionable, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.41** Nonpriority creditor's name and mailing address

FedEx
PO Box 660481
Dallas, TX 75266

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$9,159.78**

---

**3.42** Nonpriority creditor's name and mailing address

Feedonomics Holdings LLC
21011 Warner Center Lane
Ste A
Woodland Hills, CA 91367

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$11,955.00**

---

**3.43** Nonpriority creditor's name and mailing address

Fire Mountain Gems
1 Firemountain Way
Grants Pass, OR 97526

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$329.34**

---

**3.44** Nonpriority creditor's name and mailing address

First Citizen's Bank
PO Box 856502
Minneapolis, MN 55485

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$124.45**

---

**3.45** Nonpriority creditor's name and mailing address

G&A Plating
2 Second Ave
Cranston, RI 02910

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,794.36**

---

**3.46** Nonpriority creditor's name and mailing address

Garlan Chain Co.
417 John Dietsch Blvd
North Attleboro, MA 02763

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$10,301.71**

---

**3.47** Nonpriority creditor's name and mailing address

Good on You
Attn: Sye Renhouf
50 Hold St, Ste 510, NSW
Surry Hills 2010, Australia

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$640.48**

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,466.67 |
|------|---|---|---|

**GS1, Inc.**
**Dept 781271**
**PO Box 78000**
**Detroit, MI 48278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,402.92 |
|------|---|---|---|

**Guardian Insurance**
**PO Box 677458**
**Dallas, TX 75267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168,381.00 |
|------|---|---|---|

**Harvey II TN, LLC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,000.00 |
|------|---|---|---|

**Helen Wolfe**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** Series E convertible note

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,290.00 |
|------|---|---|---|

**ILC Technology LLC**
**28202 Cabot Rd**
**#300**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,694.42 |
|------|---|---|---|

**Impact Tech, Inc**
**223 E De La Guerra St**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,218.41 |
|------|---|---|---|

**Ingram Express Services, LLC**
**337 Hill Ave**
**Nashville, TN 37210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,560.00** |
| --- | --- | --- | --- |
| | **Interstate AC Service**<br>**1877 Air Lane**<br>**Nashville, TN 37210** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,299.30** |
| --- | --- | --- | --- |
| | **Jeff Haithcoat** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  **Series E convertible note** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$48,971.11** |
| --- | --- | --- | --- |
| | **Jeff Pardo** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:**  **Series E convertible note** | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$171,873.08** |
| --- | --- | --- | --- |
| | **Kabana Leather**<br>**Attn: Semhal Guesh, Yeka Subcity**<br>**Worda 08, Sahle Selassie Street**<br>**Addid Ababa, Ethiopia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.59 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,075.00** |
| --- | --- | --- | --- |
| | **Kaleo Legal**<br>**4456 Corporation Lane**<br>**Ste 135**<br>**Virginia Beach, VA 23462** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.60 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,190.38** |
| --- | --- | --- | --- |
| | **KLAVIYO SOFTWARE**<br>**125 Summer St**<br>**Floor 6**<br>**Boston, MA 02111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.61 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$116,519.84** |
| --- | --- | --- | --- |
| | **KootKeet**<br>**Attn: Semhal Guesh, Yeka Subcity**<br>**Worda 08, Sahle Selassie Street**<br>**Addid Ababa, Ethiopia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** ___ | **Basis for the claim:** ___ | |
| | **Last 4 digits of account number** ___ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,938.25 |
|---|---|---|---|

**KUSTOMER, LLC**
**830 Morris Turnpike**
**4th Floor**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $126,756.41 |
|---|---|---|---|

**Lacher Family Investment Trust**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Series E convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169,070.00 |
|---|---|---|---|

**Lance Watson**
**171 Village Parkway, Building 8**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,106.50 |
|---|---|---|---|

**LDC, INC.**
**Attn: Alexys Garrepy**
**22 First Street**
**East Providence, RI 02914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,005.85 |
|---|---|---|---|

**Lightspeed NuORDER Inc**
**251 Little Falls Dr**
**Wilmington, DE 19808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $168,381.00 |
|---|---|---|---|

**Mark T. Moore, Inc.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,282.02 |
|---|---|---|---|

**Matt Simpson**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Series E convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $84,059.74 |
|---|---|---|---|

**Mavi Clothing Company**
Attn: Lipi Meta, 1st Floor, Gala No. 57
Shah Industrial Estate, Denonar
Govandi, Mumbai-400088, Maharashtra Indi

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $46,275.20 |
|---|---|---|---|

**Micah Lacher**

☒ Contingent
☒ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Series E convertible note**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $78,849.00 |
|---|---|---|---|

**Michael Moscardelli**
1442-A Toshiba Drive
Lebanon, TN 37087

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,846.14 |
|---|---|---|---|

**Misti Blasko**
9812 Andora Ave
Chatsworth, CA 91311

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Deferred wages; insider debt**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,000.00 |
|---|---|---|---|

**Mmm Good, LLC**
620 Linkhorn Dr
Virginia Beach, VA 23451

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $74,619.46 |
|---|---|---|---|

**Monty Limited**
Unit 7 13/F
Nanyang Plaza #57
Hung to Road Kwun Tong, Hong Kong

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $394.00 |
|---|---|---|---|

**Nashville Electric Service**
PO Box 305099
Nashville, TN 37230

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

| Debtor | **Fashionable, Inc.** | Case number *(if known)* | |
|--------|------------------------|--------------------------|---|
| | Name | | |

---

**3.76** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$27,855.44**

**Oaks India**
**K-2030**
**C R Park**
**New Delhi, India 00011-0019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.77** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$467.77**

**Piedmont Natural Gas**
**PO Box 1246**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.78** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,750.00**

**Pointstory, LLC**
**7812 NE 150th St**
**Kenmore, WA 98028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.79** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,707.50**

**Progressive Label Inc**
**2545 Yates Ave**
**Commerce, CA 90040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.80** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,666.65**

**R.G. Flair**
**199 South Fehr Way**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.81** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55,380.90**

**Reveel, LLC**
**PO Box 103**
**Rodeo, CA 94572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$97.96**

**RingCentral, Inc.**
**20 Davis Drive**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 3:25-bk-01501    Doc 1    Filed 04/08/25    Entered 04/08/25 16:58:17    Desc Main
Document    Page 43 of 80

| | | | |
|---|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$13,458.65** |
| | **Rio Grande** | ☐ Contingent | |
| | **7500 Bluewater Rd** | ☐ Unliquidated | |
| | **Albuquerque, NM 87121** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,295.10** |
| | **RJ Young** | ☐ Contingent | |
| | **PO Box 306412** | ☐ Unliquidated | |
| | **Nashville, TN 37230** | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$25,474.14** |
| | **Roark Ventures, LLC dba Rubix Insights** | ☐ Contingent | |
| | **3606 Enterprise Ave** | ☐ Unliquidated | |
| | **Ste 331** | ☐ Disputed | |
| | **Naples, FL 34104** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$85,129.78** |
| | **Scott Arthur** | ■ Contingent | |
| | | ■ Unliquidated | |
| | | ☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _Series E convertible note_ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$16,500.00** |
| | **Sera Business Advisors LLC** | ☐ Contingent | |
| | **330 Franklin Rd** | ☐ Unliquidated | |
| | **Ste 135A-111** | ☐ Disputed | |
| | **Brentwood, TN 37027** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$432,751.00** |
| | **Shopify Capital, Inc.** | ☐ Contingent | |
| | **103 Fould Road** | ☐ Unliquidated | |
| | **Suite 218F** | ☐ Disputed | |
| | **Wilmington, DE 19803** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.89 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$44,579.62** |
| | **Skyy Blue Partnership** | ☐ Contingent | |
| | **Attn: Ryan Moses** | ☐ Unliquidated | |
| | **1200 Belle Mead Blvd.** | ☐ Disputed | |
| | **Nashville, TN 37205** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 3:25-bk-01501    Doc 1    Filed 04/08/25    Entered 04/08/25 16:58:17    Desc Main
Document      Page 44 of 80

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,907.59** |
|---|---|---|---|

**SouthPoint Risk Insurance**
**92 Davidson Dr**
**Ste 108**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.22** |
|---|---|---|---|

**State of Nevada Department of Training a**
**500 East Third St**
**Carson City, NV 89713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$15,221.26** |
|---|---|---|---|

**Steve Hannah**

■ Contingent

■ Unliquidated

Date(s) debt was incurred _

☐ Disputed

Last 4 digits of account number _

**Basis for the claim:**  Series E convertible note

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$31,385.02** |
|---|---|---|---|

**Stocking 51, LLC**
**1033 Demonbreun St**
**Ste 600**
**Nashville, TN 37203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$46,000.00** |
|---|---|---|---|

**Storyside**
**110 Wentworth Ave**
**Nashville, TN 37215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$84,191.00** |
|---|---|---|---|

**T. Brooks Patterson**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,507.82** |
|---|---|---|---|

**Teklinks dba C Spire Business**
**PO Box 748168**
**Atlanta, GA 30374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $589.89 |
| --- | --- | --- | --- |

**Tennessee Business Filing Center**
8161 Tennessee 100
Ste 180
Nashville, TN 37221

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,075.00 |
| --- | --- | --- | --- |

**Thrive**
226 Linwood Ave
Ardmore, PA 19003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $740.50 |
| --- | --- | --- | --- |

**Tri-Bro Tool Co, Inc**
1370 Elmwood Ave
Cranston, RI 02910

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**U.S. Small Business Administration**
2 International Plaza
Nashville, TN 37217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _Notice only_

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $133,450.10 |
| --- | --- | --- | --- |

**UPS**
PO Box 809488
Chicago, IL 60680

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,390.00 |
| --- | --- | --- | --- |

**Ursula Wiedmann Models, Inc.**
1663 Bent River Dr
Lilburn, GA 30047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,461.34 |
| --- | --- | --- | --- |

**Volunteer Welding**
815 Rep John Lewis Way S
Nashville, TN 37203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Fashionable, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,154.35 |
|---|---|---|---|

**Wholesale Jewelry Supply**
**20 Fifth Ave**
**Cranston, RI 02910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,025.80 |
|---|---|---|---|

**Yotpo**
**33 W 19th St**
**5th Floor**
**New York, NY 10011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Altus Receivables Management**<br>**c/o Keith West**<br>**2121 Airline Drive, Suite 520**<br>**Metairie, LA 70001** | Line **3.36**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Baker Donelson**<br>**Attn: Christian Schuetz**<br>**1600 West End Avenue, Suite 2000**<br>**Nashville, TN 37203** | Line **3.89**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Jeffery J. Nix**<br>**Taylor English Duma LLP**<br>**1600 Parkwood Cir, Ste 200**<br>**Atlanta, GA 30339** | Line **3.11**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Jones Lang LaSalle Brokerage, Inc.**<br>**Attn: William Shell**<br>**200 East Randolph Street, FL 43-48**<br>**Chicago, IL 60601** | Line **3.93**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **Matthew Mahoney, Charles Gulley**<br>**Witham Mahoney & Abbott, LLP**<br>**401 B Street, Suite 1900**<br>**San Diego, CA 92110** | Line **3.81**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **R. Mark Donnell**<br>**3102 West End Avenue, Suite 1100**<br>**Nashville, TN 37203** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.7 | **TN Attorney General's Office**<br>**Attn: Bankruptcy Department**<br>**PO Box 20207**<br>**Nashville, TN 37202** | Line **2.26**<br><br>☐ Not listed. Explain ____ | _ |

| Debtor | Fashionable, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.8 | **WGSN LLC**<br>**Industrious, 1411 Broadway**<br>**17th Floor**<br>**New York, NY 10018** | Line **3.21**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 709,548.22 |
| 5b. Total claims from Part 2 | 5b. + | $ 5,593,616.42 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 6,303,164.64 |

Debtor name  **Fashionable, Inc.**

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF TENNESSEE

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                      **12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Sublease of space within warehouse to Rack and Storage Solutions, LLC. Debtor is sublessor.** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **Rack and Storage Solutions, LLC 7337 Cockrill Blvd. Nashville, TN 37209** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Canon iR ADV C7565i II & Lexmark M5255** | |
| | State the term remaining | **19 months** | |
| | List the contract number of any government contract | | **RJ Young 730A Freeland Station Road Nashville, TN 37228** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Work pursuant to Master Services Agreement, effective August 1, 2024** | |
| | State the term remaining | | **Roark Ventures, LLC dba Rubix Insights 3606 Enterprise Ave Ste 331 Naples, FL 34104** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **7335 and 7337 Cockrill Bend Blvd, Nashville, TN 37209** | |
| | State the term remaining | **20 months** | **Skyy Blue Partnership Attn: Ryan Moses 1200 Belle Mead Blvd. Nashville, TN 37205** |
| | List the contract number of any government contract | | |

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **5022 Centennial Blvd., Nashville, TN 37209** | |
|---|---|---|---|
| | State the term remaining | **3 months** | **Stocking 51, LLC** |
| | List the contract number of any government contract | | **1033 Demonbreun St Ste 600 Nashville, TN 37203** |

Official Form 206H

# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Michael Barrett Ward** | **1125 Glenwood Ave Nashville, TN 37204** | **Chase Bank** | ☐ D _____<br>■ E/F __3.29__<br>☐ G _____ |
| 2.2 | **Misti Blasko** | **9812 Andora Ave Chatsworth, CA 91311** | **First Corporate Solutions** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Misti Blasko** | **9812 Andora Ave Chatsworth, CA 91311** | **CHTD Company** | ■ D __2.5__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **Misti Blasko LLC** | **9812 Andora Ave Chatsworth, CA 91311** | **First Corporate Solutions** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,742,382.00** |
   | **For prior year:**<br>From  **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | **$10,615,628.00** |
   | **For year before that:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | **$15,089,939.00** |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|
   | | |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Onward Group, Inc.** **607 Belle Meade Blvd.** **Nashville, TN 37205** | **January-March 2025** | **$9,054.23** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.2. **Clearco** **548 Market Street, #68100** **San Francisco, CA 94104** | **January-March 2025** | **$375,760.22** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.3. **Shopify Capital, Inc.** **103 Fould Road** **Suite 218F** **Wilmington, DE 19803** | **January-March 2025** | **$340,292.49** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.4. **ALO Capital Group** **1 Whispering Pines Lane** **Lakewood, NJ 08701** | **January-March 2025** | **$94,808.08** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.5. **MCA Servicing Solutions** | **January-March 2025** | **$111,657.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.6. **CFG Merchant Solutions LLC** **201 Route 17 North** **Suite 805** **Rutherford, NJ 07070** | **January-March 2025** | **$100,185.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.7. **Roark Ventures, LLC dba Rubix Insights** **3606 Enterprise Ave** **Ste 331** **Naples, FL 34104** | **January-March 2025** | **$43,920.30** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.8. **Skyy Blue Partnership** **Attn: Ryan Moses** **1200 Belle Mead Blvd.** **Nashville, TN 37205** | **January-March 2025** | **$89,159.24** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Case 3:25-bk-01501    Doc 1    Filed 04/08/25    Entered 04/08/25 16:58:17    Desc Main
Document          Page 53 of 80

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **Rio Grande**<br>**7500 Bluewater Rd**<br>**Albuquerque, NM 87121** | **January-March 2025** | **$43,946.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10. **Stocking 51, LLC**<br>**1033 Demonbreun St**<br>**Ste 600**<br>**Nashville, TN 37203** | **January-March 2025** | **$15,185.43** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11. **Reconciled**<br>**1310 West Drivers Way**<br>**Ste 101**<br>**Tempe, AZ 85284** | **January-March 2025** | **$19,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12. **California Department of Tax and Fee Administration**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | **January-March 2025** | **$29,612.67** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:**    Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **5300 Centennial Partners, LLC v. FashionABLE, Inc., d/b/a ABLE**<br>**24-1297-IV** | **Civil** | **Davidson Co. Chancery Court**<br>**1 Public Square**<br>**Nashville, TN 37201** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Reveel, LLC v. Fashionable, Inc.**<br>**24CU019815C** | **Civil** | **Superior Court of California County of San Diego**<br>**330 West Broadway**<br>**San Diego, CA 92101** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4:    Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

## Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dunham Hildebrand Payne Waldron, PLLC**<br>**9020 Overlook Blvd., Suite 316**<br>**Brentwood, TN 37027** | | | **$40,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Case 3:25-bk-01501    Doc 1    Filed 04/08/25    Entered 04/08/25 16:58:17    Desc Main
Document      Page 56 of 80

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

> **Basic demographic information (name, e-mail address, mailing address, phone number), credit card information**

Does the debtor have a privacy policy about that information?
☐ No
■ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

---

### Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

### Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

■ None

| Name and address | Date of service<br>From-To |
|---|---|

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **CFT Clear Finance Technology Corp.**<br>**33 Yonge Street, Suite 1302**<br>**Toronto, ON** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Misti Blasko** | **9812 Andora Ave<br>Chatsworth, CA 91311** | **CEO** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mistie Aker** | | **Fractional CFO** | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **David Wolfe** | | **Interim CEO/Board Member** | |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Ginnie Clark** | | **Interim CEO** | |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **David Wolfe** | **$46,923.00** | **Last payment 8/2/2024** | **Compensation** |
| | **Relationship to debtor** **Former Interim CEO and Board Member** | | | |
| 30.2. | **Misti Blasko** **9812 Andora Ave Chatsworth, CA 91311** | **$182,692.00** | **April 2024-April 2025** | **Compensation** |
| | **Relationship to debtor** **Officer** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **April  8, 2025**

**/s/ Misti Blasko**                                    **Misti Blasko**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☑ No
☐ Yes

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Fashionable, Inc.** _____  Case No. _____

Debtor(s)  Chapter **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 40,000.00 |
| Prior to the filing of this statement I have received | $ | 40,000.00 |
| Balance Due | $ | 0.00 |

2.  The source of the compensation paid to me was:

   ■ Debtor   ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor   ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d.  [Other provisions as needed]
       **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Scope of representation to be set forth in employment application to be filed by counsel after filing of this case.**

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**April 8, 2025** _____   /s/ R. Alex Payne
*Date*   **R. Alex Payne**
   *Signature of Attorney*
   **Dunham Hildebrand Payne Waldron, PLLC**
   **9020 Overlook Blvd., Suite 316**
   **Brentwood, TN 37027**
   **629 777 6529  Fax: 615 777 3765**
   **alex@dhnashville.com**
   *Name of law firm*

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Fashionable, Inc.**
_____
Debtor(s)

Case No. _____
Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |

**See attached list for details**

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **CEO** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 8, 2025**
_____

Signature **/s/ Misti Blasko**
_____
**Misti Blasko**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**List of Equity Security Holders**

| Name | Ownership Percentage |
|---|---|
| Michael Barrett Ward | 0.2520086213% |
| Corey Cleek | 0.0908778001% |
| Jordan Duncan | 0.0851512538% |
| Ben Bates | 0.0074694082% |
| Matt Lehman | 0.0074694082% |
| TRN Enterprises, LLC | 0.0236531260% |
| Segen Ventures, LLC | 0.0057732301% |
| Sara Hillyer | 0.0161482381% |
| John Cascarano | 0.0013588098% |
| April Walker | 0.0131747912% |
| Dean Parker | 0.0062245069% |
| David Wolfe | 3.9382172281% |
| Kim Jeremic | 0.0189886051% |
| Jeffrey T. Dobyns | 0.0844417845% |
| Joel Griffith | 0.0323674356% |
| John S. Gonas | 0.0967511203% |
| Micah Lacher | 1.5532689610% |
| Lacher Family Investment Trust | 4.2496925767% |
| William Hampton | 0.1213778837% |
| Craig M. Cleek | 1.4116328790% |
| Joshua Lynn | 0.0161837178% |
| Michael E. Hamilton and Elizabeth M. Hamilton | 0.0242755767% |
| Filtered Investments | 0.0750487547% |
| Doug Lackey | 0.0242755767% |
| Sherren Annette Hannah | 0.0242755767% |
| Vita Capital, LLC | 0.8483601985% |
| The Cleek Revocable Family Trust | 0.0161837178% |
| William C. Jenkins | 0.0623202606% |
| Carr D. Scott | 0.0501695253% |
| Watmor, LLC | 0.0132010586% |
| Lance Watson | 1.2792193182% |
| BDW Irrevocable Trust, dated February 27, 2020, Brian D. Waller, Trustee | 32.8493241456% |
| CAW Irrevocable Trust, dated February 27, 2020, Christina A. Waller, Trustee | 6.5602479735% |
| Nerves and Steel Holdings LLC | 0.0132301893% |
| IRA Innovations FBO William C. Jenkins | 0.0264004989% |
| MML ABLE, LLC (Scott Touchstone) | 0.1107273790% |
| Harvey II TN, LLC | 0.0573177489% |
| Jonathan Diaz | 0.0370008341% |
| Moore Investment Holdings, LLC | 0.0177977325% |
| Mark T. Moore, Inc. | 0.0014882796% |
| Jeff Pardo | 1.6437597799% |
| Sunset Ventures, Inc. | 0.1251274021% |
| Clinton A. Smith | 5.6838314430% |
| UGP, LLC (Erik Stiller) | 0.0362968423% |
| Les Parrott | 0.0528026161% |

| | |
|---|---|
| Kevin Lunn | 0.0528026161% |
| 412 Investments LLC (Mark Bottles) | 0.0528026161% |
| Helen Wolfe | 0.1958123044% |
| Alignment P3,LLC (Richard Adams) | 0.0788923876% |
| Avodah Mobilization Partners, LLC (Phillip May) | 0.0525177827% |
| Cain Able and HoCo LLC (Rachel Hollis) | 0.0660004380% |
| Michael Moscardelli | 1.9886935891% |
| Richard Moscardelli | 0.8752033844% |
| T. Brooks Patterson | 0.0023597105% |
| Consolidated Staffing | 1.0091551454% |
| Scott Arthur | 2.8574583493% |
| Jeff Haithcoat | 0.5135349535% |
| Matt Simpson | 0.5129883528% |
| Steve Hannah | 0.5109155291% |
| Atul Bhave | 2.0305578960% |
| Brian Perkinson | 2.0270617808% |
| Journey 9 (David Wolfe) | 0.4620321969% |
| Beth Hair | 0.5055631010% |
| Pamela Drucker Mann | 0.3634911574% |
| 2023 Greenwood and Cavalier Able Clothing Special Purpose Vehicle | 0.3271425272% |
| Brian Perkinson | 0.7971958970% |
| **Total** | **100.0000000000%** |

# United States Bankruptcy Court
## Middle District of Tennessee

In re  **Fashionable, Inc.** _____  Case No. _____

Debtor(s)    Chapter    **11** _____

# VERIFICATION OF CREDITOR MATRIX

I, the CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **April 8, 2025** _____    **/s/ Misti Blasko** _____

**Misti Blasko**/**CEO**
Signer/Title

FASHIONABLE, INC.
5022 CENTENNIAL BLVD.
NASHVILLE TN 37209

R. ALEX PAYNE
DUNHAM HILDEBRAND PAYNE WALDRON, PLLC
9020 OVERLOOK BLVD., SUITE 316
BRENTWOOD, TN 37027

5300 CENTENNIAL PARTNERS LLC
PO BOX 158434
NASHVILLE TN 37215

ABRIGO GLOBAL
ATTN: RENUKA PANDEY, G-402, SUN CITY
HEIGHTS, GOLF COURSE RD, SECTOR 54-56
GURUGRAM,  GSTIN/UIN: 06ACFFA4241G1ZS, H

ADS SECURITY DBA VECTOR SECURITY
PO BOX 531687
ATLANTA GA 30353

ADT SECURITY SERVICES
PO BOX 371878
PITTSBURGH PA 15250

ADVANSTAR COMMUNICATIONS INC.
1983 MARCUS AVE
STE 250
LAKE SUCCESS NY 11042

ALABAMA DEPARTMENT OF REVENUE
LEGAL DIVISION
PO BOX 320001
MONTGOMERY AL 36132-0001

ALL ABOUT CLEAN, LLC
1013 SANDY VALLEY RD
HENDERSONVILLE TN 37075

ALO CAPITAL GROUP
1 WHISPERING PINES LANE
LAKEWOOD NJ 08701

ALTUS RECEIVABLES MANAGEMENT
C/O KEITH WEST
2121 AIRLINE DRIVE, SUITE 520
METAIRIE LA 70001

AMERICAN FUNDS INVESTMENT
PO BOX 659530
SAN ANTONIO TX 78265

AMERICAN PEARL COMPANY
2120 CRESTMOOR RD
STE 3020
NASHVILLE TN 37215

AMTRUST NORTH AMERICA
PO BOX 6939
CLEVELAND OH 44101

ARKANSAS DEPT OF FINANCE & ADMIN
PO BOX 3278
LITTLE ROCK AR 72201

ASCENTIAL DBA WGSN
1801 PORTER ST
STE #300
BALTIMORE MD 21230

ASD SKY
55 IVAN ALLEN JUNIOR BLVD
STE 100
ATLANTA GA 30308

ASHLEA HENDRICKS
105 HICKORY RIDGE RD
CHESAPEAKE VA 23322

ATUL BHAVE

AURA SUPPLIES
4786 N. MT GILEAD RD
BLOOMINGTON IN 47408

BAKER DONELSON
ATTN: CHRISTIAN SCHUETZ
1600 WEST END AVENUE, SUITE 2000
NASHVILLE TN 37203

BDW IRREVOCABLE TRUST, DATED FEBRUARY 27
2020, BRIAN D. WALLER, TRUSTEE
5501 VIRGINIA WAY, SUITE 120
BRENTWOOD TN 37027

BETH HAIR

BHARTIYA INTERNATIONAL LIMITED
342 NALLAMBAKKAM VILLAGE
VIA VANDALUR
CHENNAI-600 127, INDIA

BONVERA, LLC
10629 HARDIN VALLEY RD
STE 300
KNOXVILLE TN 37932

BORGES & ASSOCIATES LLC
575 UNDERHILL BLVD., STE 118
SYOSSET NY 11791

BRADLEY ARANT BOULT CUMMINGS LLP.
PO BOX 830709
BIRMINGHAM AL 35283

BRANDCYCLE, INC
17383 SUNSET BLVD
STE A345
LOS ANGELES CA 90272

BRAUER MATERIAL HANDLING SYS.
226 MOLLY WALTON DR
HENDERSONVILLE TN 37075

BRIAN PERKINSON

BURR & FORMAN, LLP
222 SECOND AVENUE SOUTH
STE 2000
NASHVILLE TN 37201

CALIFORNIA DEPARTMENT OF TAX AND
FEE ADMINISTRATION
PO BOX 942879
SACRAMENTO CA 94279

CAW IRREVOCABLE TRUST, DATED FEBRUARY 27
2020, CHRISTINA A. WALLER, TRUSTEE
5501 VIRGINIA WAY, SUITE 120
BRENTWOOD TN 37027

CFG MERCHANT SOLUTIONS LLC
201 ROUTE 17 NORTH
SUITE 805
RUTHERFORD NJ 07070

CFT CLEAR FINANCE TECHNOLOGY CORP.
33 YONGE STREET, SUITE 1302
TORONTO ON

CGM INC.
19611 VENTURA BLVD
STE 211
TARZANA CA 91356

CHASE BANK
PO BOX 15123
WILMINGTON DE 19850

CHTD COMPANY
PO BOX 2576
SPRINGFIELD IL 62708

CLEARCO
548 MARKET STREET, #68100
SAN FRANCISCO CA 94104

CLINTON A. SMITH

COLORADO DEPT OF REVENUE
PO BOX 17087
DENVER CO 80261-0009

CONNECTICUT DEPT OF REVENUE SERVICES
450 COLUMBUS BLVD., SUITE 1
HARTFORD CT 06103

CORPORATION SERVICE COMPANY
801 ADLAI STEVENSON DRIVE
SPRINGFIELD IL 62703

CT CORPORATION
PO BOX 4349
CAROL STREAM IL 60197

CULLIGAN OF NASHVILLE
2004 PITTWAY DR
NASHVILLE TN 37207

D8ADRIVEN
140 LAKESIDE AVE
STE A-159
SEATTLE WA 98122

DARLING
21750 ARNOLD CENTER RD
LONG BEACH CA 90810

DAVID WOLFE
BRIAN D. WALLER, COLLATERAL AGENT
5501 VIRGINIA WAY, SUITE 120
BRENTWOOD TN 37027

DAVID WOLFE

DELL FINANCIAL SERVICES LLC
MS-PS2DF-23
ONE DELL WAY
ROUND ROCK TX 78682

ECOFASHION CORP
ATTN: MARCI ZAROFF
262 W 38TH ST #1102
NEW YORK NY 10018

ELEVATE DESIGN
1894 GENERAL GEORGE PATTON DR
STE #600
FRANKLIN TN 37067

EPICUS DESIGNS- TALENT STAGE LIMITED
ATTN: MANISH, UNIT T 1/F, MAU LAM
COMM BLDG. 16-18, MAU LAM S JORDAN
KL, HONG KONG

EVERHART LAW FIRM PLC
202 FIFTH AVENUE S
FRANKLIN TN 37064

FAYDA IN FASHION
SHOLA UNITED MANUFACTURING ASSOCIATION,
BLOCK 5, FLOOR 3
ADDIS ABABA, ETHIOPIA

FEDEX
PO BOX 660481
DALLAS TX 75266

FEEDONOMICS HOLDINGS LLC
21011 WARNER CENTER LANE
STE A
WOODLAND HILLS CA 91367

FIRE MOUNTAIN GEMS
1 FIREMOUNTAIN WAY
GRANTS PASS OR 97526

FIRST CITIZEN'S BANK
PO BOX 856502
MINNEAPOLIS MN 55485

FIRST CORPORATE SOLUTIONS
914 SOUTH STREET
SACRAMENTO CA 95811

FLORIDA DEPT OF REVENUE
PO BOX 6668
TALLAHASSEE FL 32314-6668

G&A PLATING
2 SECOND AVE
CRANSTON RI 02910

GARLAN CHAIN CO.
417 JOHN DIETSCH BLVD
NORTH ATTLEBORO MA 02763

GEORGIA DEPARTMENT OF REVENUE
1800 CENTURY PARKWAY, NE
ATLANTA GA 30345

GOOD ON YOU
ATTN: SYE RENHOUF
50 HOLD ST, STE 510, NSW
SURRY HILLS 2010, AUSTRALIA

GS1, INC.
DEPT 781271
PO BOX 78000
DETROIT MI 48278

GUARDIAN INSURANCE
PO BOX 677458
DALLAS TX 75267

HARVEY II TN, LLC

HAWAII DEPT OF TAXATION
830 PUNCHBOWL STREET
HONOLULU HI 96813-5094

HELEN WOLFE

ILC TECHNOLOGY LLC
28202 CABOT RD
#300
LAGUNA NIGUEL CA 92677

ILLINOIS DEPT OF REVENUE
555 WEST MONROE STREET
SUITE 1100
CHICAGO IL 60661

IMPACT TECH, INC
223 E DE LA GUERRA ST
SANTA BARBARA CA 93101

INDIANA DEPT OF REVENUE
PO BOX 7218
INDIANAPOLIS IN 46207-7218

INGRAM EXPRESS SERVICES, LLC
337 HILL AVE
NASHVILLE TN 37210

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101

INTERSTATE AC SERVICE
1877 AIR LANE
NASHVILLE TN 37210

IOWA DEPT OF REVENUE
HOOVER STATE OFFICE BUILDING
1305 E. WALNUT STREET
DES MOINES IA 50319

JEFF HAITHCOAT
BRIAN D. WALLER, COLLATERAL AGENT
5501 VIRGINIA WAY, SUITE 120
BRENTWOOD TN 37027

JEFF HAITHCOAT

JEFF PARDO

JEFFERY J. NIX
TAYLOR ENGLISH DUMA LLP
1600 PARKWOOD CIR, STE 200
ATLANTA GA 30339

JONES LANG LASALLE BROKERAGE, INC.
ATTN: WILLIAM SHELL
200 EAST RANDOLPH STREET, FL 43-48
CHICAGO IL 60601

KABANA LEATHER
ATTN: SEMHAL GUESH, YEKA SUBCITY
WORDA 08, SAHLE SELASSIE STREET
ADDID ABABA, ETHIOPIA

KALEO LEGAL
4456 CORPORATION LANE
STE 135
VIRGINIA BEACH VA 23462

KANSAS DEPT OF REVENUE
PO BOX 3506
TOPEKA KS 66625-3506

KLAVIYO SOFTWARE
125 SUMMER ST
FLOOR 6
BOSTON MA 02111

KOOTKEET
ATTN: SEMHAL GUESH, YEKA SUBCITY
WORDA 08, SAHLE SELASSIE STREET
ADDID ABABA, ETHIOPIA

KUSTOMER, LLC
830 MORRIS TURNPIKE
4TH FLOOR
SHORT HILLS NJ 07078

LACHER FAMILY INVESTMENT TRUST


LANCE WATSON
171 VILLAGE PARKWAY, BUILDING 8
MARIETTA GA 30067

LDC, INC.
ATTN: ALEXYS GARREPY
22 FIRST STREET
EAST PROVIDENCE RI 02914

LIEN SOLUTIONS
P.O. BOX 29071
GLENDALE CA 91209-9071

LIGHTSPEED NUORDER INC
251 LITTLE FALLS DR
WILMINGTON DE 19808

LOUISIANA DEPARTMENT OF REVENUE
PO BOX 201
BATON ROUGE LA 70821

MAL PRESERVATION TRUST
BRIAN D. WALLER, COLLATERAL AGENT
5501 VIRGINIA WAY, SUITE 120
BRENTWOOD TN 37027

MARK T. MOORE, INC.


MATT SIMPSON
BRIAN D. WALLER, COLLATERAL AGENT
5501 VIRGINIA WAY, SUITE 120
BRENTWOOD TN 37027

MATT SIMPSON

MATTHEW MAHONEY, CHARLES GULLEY
WITHAM MAHONEY & ABBOTT, LLP
401 B STREET, SUITE 1900
SAN DIEGO CA 92110

MAVI CLOTHING COMPANY
ATTN: LIPI META, 1ST FLOOR, GALA NO. 57
SHAH INDUSTRIAL ESTATE, DENONAR
GOVANDI, MUMBAI-400088, MAHARASHTRA INDI

MICAH LACHER


MICHAEL BARRETT WARD
1125 GLENWOOD AVE
NASHVILLE TN 37204

MICHAEL MOSCARDELLI
1442-A TOSHIBA DRIVE
LEBANON TN 37087

MICHIGAN DEPARTMENT OF TREASURY
COLLECTION SERVICES BUREAU
PO BOX 30199
LANSING MI 48909

MINNESOTA DEPT OF REVENUE
600 N. ROBERT STREET
SAINT PAUL MN 55146

MISTI BLASKO
9812 ANDORA AVE
CHATSWORTH CA 91311

MISTI BLASKO LLC
9812 ANDORA AVE
CHATSWORTH CA 91311

MMM GOOD, LLC
620 LINKHORN DR
VIRGINIA BEACH VA 23451

MONTY LIMITED
UNIT 7 13/F
NANYANG PLAZA #57
HUNG TO ROAD KWUN TONG, HONG KONG

NASHVILLE ELECTRIC SERVICE
PO BOX 305099
NASHVILLE TN 37230

NEBRASKA DEPT OF REVENUE
PO BOX 94818
LINCOLN NE 68509-4818

NEW YORK STATE DEPT OF
TAXATION AND FINANCE: BANKRUPTCY SECTION
PO BOX 5300
ALBANY NY 12205-0300

NJ DIVISION OF TAXATION
3 JOHN FITCH WAY, 5TH FLOOR
PO BOX 245
TRENTON NJ 08695-0245

NORTH CAROLINA DEPT OF REVENUE
ATTN: BANKRUPTCY UNIT
PO BOX 1168
RALEIGH NC 27602-1168

OAKS INDIA
K-2030
C R PARK
NEW DELHI, INDIA 00011-0019

OHIO DEPT OF TAXATION
ATTN: BUSINESS TAX DIVISION
PO BOX 2678
COLUMBUS OH 43216-2678

OKLAHOMA TAX COMMISSION
OKLAHOMA CITY OK 73194

ONWARD GROUP, INC., AS COLLATERAL AGENT
607 BELLE MEADE BLVD.
NASHVILLE TN 37205

PIEDMONT NATURAL GAS
PO BOX 1246
CHARLOTTE NC 28201

POINTSTORY, LLC
7812 NE 150TH ST
KENMORE WA 98028

PROGRESSIVE LABEL INC
2545 YATES AVE
COMMERCE CA 90040

R. MARK DONNELL
3102 WEST END AVENUE, SUITE 1100
NASHVILLE TN 37203

R.G. FLAIR
199 SOUTH FEHR WAY
BAY SHORE NY 11706

RACK AND STORAGE SOLUTIONS, LLC
7337 COCKRILL BLVD.
NASHVILLE TN 37209

REVEEL, LLC
PO BOX 103
RODEO CA 94572

RHODE ISLAND DIVISION OF TAXATION
ONE CAPITOL HILL
PROVIDENCE RI 02908

RINGCENTRAL, INC.
20 DAVIS DRIVE
BELMONT CA 94002

RIO GRANDE
7500 BLUEWATER RD
ALBUQUERQUE NM 87121

RJ YOUNG
PO BOX 306412
NASHVILLE TN 37230

RJ YOUNG
730A FREELAND STATION ROAD
NASHVILLE TN 37228

ROARK VENTURES, LLC DBA RUBIX INSIGHTS
3606 ENTERPRISE AVE
STE 331
NAPLES FL 34104

SCOTT ARTHUR


SERA BUSINESS ADVISORS LLC
330 FRANKLIN RD
STE 135A-111
BRENTWOOD TN 37027

SEYFARTH SHAW LLP
233 S WACKER DR, STE 8000
CHICAGO IL 60606

SHOPIFY CAPITAL, INC.
103 FOULD ROAD
SUITE 218F
WILMINGTON DE 19803

SKYY BLUE PARTNERSHIP
ATTN: RYAN MOSES
1200 BELLE MEAD BLVD.
NASHVILLE TN 37205

SOUTH DAKOTA DEPT OF REVENUE
445 EAST CAPITOL AVENUE
PIERRE SD 57501-3185

SOUTHPOINT RISK INSURANCE
92 DAVIDSON DR
STE 108
NASHVILLE TN 37205

SPENCER FANE LLP
511 UNION STREET, SUITE 1000
NASHVILLE TN 37219

STATE OF NEVADA DEPARTMENT OF TRAINING A
500 EAST THIRD ST
CARSON CITY NV 89713

STEVE HANNAH

STOCKING 51, LLC
1033 DEMONBREUN ST
STE 600
NASHVILLE TN 37203

STORYSIDE
110 WENTWORTH AVE
NASHVILLE TN 37215

T. BROOKS PATTERSON

TEKLINKS DBA C SPIRE BUSINESS
PO BOX 748168
ATLANTA GA 30374

TENNESSEE BUSINESS FILING CENTER
8161 TENNESSEE 100
STE 180
NASHVILLE TN 37221

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
PO BOX 13528
CAPITOL STATION
AUSTIN TX 78711-3528

THRIVE
226 LINWOOD AVE
ARDMORE PA 19003

TN ATTORNEY GENERAL'S OFFICE
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 20207
NASHVILLE TN 37202

TN DEPARTMENT OF REVENUE
500 DEADERICK STREET
NASHVILLE TN 37242

TRI-BRO TOOL CO, INC
1370 ELMWOOD AVE
CRANSTON RI 02910

U.S. SMALL BUSINESS ADMINISTRATION
2 INTERNATIONAL PLAZA
NASHVILLE TN 37217

UPS
PO BOX 809488
CHICAGO IL 60680

URSULA WIEDMANN MODELS, INC.
1663 BENT RIVER DR
LILBURN GA 30047

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY UT 84134

VERMONT DEPARTMENT OF TAXES
PO BOX 1881
MONTPELIER VT 05601-1881

VOLUNTEER WELDING
815 REP JOHN LEWIS WAY S
NASHVILLE TN 37203

WASHINGTON STATE DEPT OF REVENUE
ATTN: BANKRUPTCY UNIT
2101 4TH AVE, SUITE 1400
SEATTLE WA 98121

WEST VIRGINIA TAX DIVISION
100 LEE STEET EAST
CHARLESTON WV 25301

WGSN LLC
INDUSTRIOUS, 1411 BROADWAY
17TH FLOOR
NEW YORK NY 10018

WHOLESALE JEWELRY SUPPLY
20 FIFTH AVE
CRANSTON RI 02910

WISCONSIN DEPT OF REVENUE
PO BOX 8921
MADISON WI 53708-8921

```
YOTPO
33 W 19TH ST
5TH FLOOR
NEW YORK NY 10011
```

# United States Bankruptcy Court
## Middle District of Tennessee

In re **Fashionable, Inc.** _____     Case No. _____

_____ Debtor(s)     Chapter **11** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Fashionable, Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 8, 2025 _____     /s/ R. Alex Payne _____

Date     **R. Alex Payne**

Signature of Attorney or Litigant

Counsel for   **Fashionable, Inc.** _____

**Dunham Hildebrand Payne Waldron, PLLC**

**9020 Overlook Blvd., Suite 316**
**Brentwood, TN 37027**
**629 777 6529 Fax:615 777 3765**
**alex@dhnashville.com**